# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ABRAHAM/RASHEEN GRANT/RAKIM
ADC #128147                                                           PLAINTIFF

v.                       No. 5:18-cv-171-DPM-JJV

ESTELLA BLAND, Nurse                                                  DEFENDANT

## ORDER

On *de novo* review, the Court sustains Grant/Rakim's objection, № 10, and respectfully declines the recommendation, № 9. FED. R. CIV. P. 72(b)(3). Grant/Rakim says that his degenerative disc disease is getting worse, he "can barely move[,]" he can't walk on his left leg, and he must hop on his right one. While the allegations in *Still v. Crawford*, 105 F. App'x 128 (8th Cir. 2004) went further, taking reasonable inferences in Grant/Rakim's favor, his papers have plausibly pleaded imminent danger of serious physical injury from these back problems. 28 U.S.C. § 1915(g). The Court returns the case to the Magistrate Judge for further proceedings.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 October 2018