IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ABRAHAM/RASHEEN GRANT/RAKIM
ADC #128147                                                PLAINTIFF

v.                          No. 5:18-cv-171-DPM

ESTELLA BLAND, Nurse                                       DEFENDANT

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Volpe's recommendation, № 15, and overrules Grant/Rakim's objections, № 16. FED. R. CIV. P. 72(b)(3). This Court's 11 October 2018 Order concluded that Grant/Rakim had met the imminent-danger exception—not that his complaint had stated a claim. And although the Magistrate Judge initially ordered service, № 13, nothing in § 1915A prevents a Court from reconsidering its screening decision after further review.

Grant/Rakim's complaint amounts to a disagreement with treatment decisions. It will therefore be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). Motions, № 17 & № 21, denied as moot. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 December 2018