IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ABRAHAM/RASHEEN GRANT/RAKIM
ADC #128147                                                          PLAINTIFF

v.                          No. 5:18-cv-171-DPM

ESTELLA BLAND, Nurse                                              DEFENDANT

## JUDGMENT

The complaint is dismissed without prejudice.

*signature*

D.P. Marshall Jr.
United States District Judge

17 December 2018